Espinal – Bisono Johnny

950 High Street

Central Falls

RI – 02863

The Honorable Michael P. Shea

Chief Judge

District of Connecticut

Your Honor,

**Plea for Leniency**

I write to make a plea for leniency on my sentencing on your honorable court. I pleaded guilty to conspiracy in a drug related charge about 15 months ago. I have been detained at the Wyatt Detention Facility all through this time. I have deeply thought about my actions and reflected on them every single day since my arrest and how my actions affect the nation and seeing how my action would have affected others too. I want to say that I accept full responsibility for my poor decisions/judgments and I regret putting the court through these rigors.

Your honor, I watch the news and every day I see how much people die from overdoses and how much people get addicted due to my action. I am truly sorry and I have made up my mind not to ever engage in these activities ever again. I did lots of programs here at Wyatt including a program we just started "Restorative Justice" which brings directly to our faces how victims and their families suffer from our actions.

Before my arrest, I was a hardworking man who owns a food truck and was a volunteer in my community during Covid- 19 pandemic assisting very sick /elderly persons. My poor choices and decisions led to my current situation. As they say "Wisdom comes with age ", I believe that this period of detention has refined me and has given me a purpose and a future. Also to become a better son , father , husband and neighbor.

Your honor, I humbly plea for a lenient sentence from this honorable court and I promise that going forward, I will make better decisions and judgments that would reflect my rehabilitation.

Thank you very much

Very truly yours

Espinal –Bisono Johnny